# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL     'O'

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-1087-CAS(JPRx) | Date | February 12, 2018 |
| Title | RAMTIN MASSOUDI MD INC. v. ALEX AZAR ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (Dkt. 6, filed February 8, 2018)

## I. INTRODUCTION

On February 8, 2018, plaintiff Ramtin Massoudi MD Inc. filed the instant action against Seema Verma, Administrator of the Centers for Medicare and Medicaid Services, and Alex Azar, Secretary of the United States Department of Health and Human Services (collectively, "defendants"). Dkt. 1. Plaintiff simultaneously filed an ex parte application for a temporary restraining order. Dkt. 6.

Plaintiff has not provided proof of service in connection with its verified complaint, indicating that defendants do not have actual notice of this lawsuit, let alone of plaintiff's application for a temporary restraining order. With respect to plaintiff's obligation to provide proof of service to the United States and its officers, Federal Rule of Civil Procedure 4(i)(1) provides, in pertinent part:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.

   (1) United States. To serve the United States, a party must:

      (A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES – GENERAL | | 'O' |
|---|---|---|---|
| Case No. | 2:18-cv-1087-CAS(JPRx) | Date | February 12, 2018 |
| Title | RAMTIN MASSOUDI MD INC. v. ALEX AZAR ET AL. | | |

  (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

  (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

Fed. R. Civ. P. 4(i)(1). The record reflects that plaintiff has failed to provide proof of service in connection with the complaint as required by Rule 4. Accordingly, the Court **HEREBY ORDERS** the following:

(1) Plaintiff's request for a temporary restraining order is **DENIED**.

(2) Plaintiff shall file proof of service of process in connection with the complaint pursuant to Rule 4(i)(1) no later than February 16, 2018.

(3) The Court sets a hearing on an order to show cause why preliminary injunction should not issue for March 12, 2018 at 10:00 a.m., and directs defendants to show cause why they should not be enjoined from withholding, recouping, or otherwise failing to pay Ramtin Massoudi MD Inc. its future Medicare receivables pending the outcome of an administrative hearing before an Administrative Law Judge.

(4) Defendants are directed to file an opposition on or before February 26, 2018, and plaintiff shall file a reply on or before March 5, 2018.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |